question of the jurisdiction of the District Court. *Roscoe H. Hupper* for petitioner. *Acting Solicitor General Stern* filed a memorandum for the United States stating that the Government does not oppose the granting of a writ of certiorari in this case limited to the question of jurisdiction.

No. 185. MILLIKEN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *John W. Burke, Jr.* for petitioner. *Solicitor General Perlman* filed a memorandum for respondent.

No. 210. DUVEEN BROTHERS, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Hugh Satterlee* and *Rollin Browne* for petitioner. *Solicitor General Perlman* filed a memorandum for respondent.

No. 364. UNITED MINE WORKERS OF AMERICA, DISTRICT 31, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *M. E. Boiarsky* for petitioners. *Acting Solicitor General Stern, George J. Bott, David P. Findling, Mozart G. Ratner* and *Fannie M. Boyls* for respondent.

No. 366. VERDERBER *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *Milton Carr Ferguson* for petitioner.

No. 367. SPRINGFIELD INSTITUTION FOR SAVINGS ET AL. *v.* WORCESTER FEDERAL SAVINGS & LOAN ASSOCIATION ET AL. Supreme Judicial Court of Massachusetts. Certio-